**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6546**

———————

CHARLES RAY EDGELL,

                                        Petitioner - Appellant,

        versus

WILLIAM S. HAINES, Warden,

                                        Respondent - Appellee,

        and

HOWARD PAINTER, Warden, Mt. Olive Correctional
Complex,

                                        Respondent.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-99-196-1)

———————

Submitted:  September 28, 2001      Decided:  October 15, 2001

———————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Ray Edgell, Appellant Pro Se.  Darrell V. McGraw, Jr.,
Allen Hayes Loughry, II, OFFICE OF THE ATTORNEY GENERAL OF WEST
VIRGINIA, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Ray Edgell seeks to appeal the district court's order
denying relief on his petition filed under 28 U.S.C.A. § 2254 (West
1994 & Supp. 2001).  We have reviewed the record and the district
court's opinion and find no reversible error.  Accordingly, we deny
a certificate of appealability and dismiss the appeal on the
reasoning of the district court.  Edgell v. Haines, No. CA-99-196-1
(N.D.W. Va. Mar. 28, 2001).  We decline to appoint counsel and
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

DISMISSED